**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:12-cr-00015-HDM-WGC |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| CAMERON MUHLENBERG, | ) | |
| | ) | |
| Defendant. | ) | |

The government shall file a response to the defendant's 28 U.S.C. § 2255 petition (#89, #92) on or before September 2, 2014.

**IT IS SO ORDERED.**

DATED: This 30th day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE