# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:12-cr-00015-HDM-WGC |
| | ) | 3:14-cv-00231-HDM |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| CAMERON MUHLENBERG, | ) | |
| Defendant. | ) | |

Before the court is the defendant's motion pursuant to Federal Rule of Civil Procedure 60(b) (#118). Defendant appealed his judgment of conviction on November 25, 2014. The matter remains pending before the Court of Appeals. The court lacks jurisdiction to consider a Rule 60(b) motion filed after a notice of appeal is filed and therefore cannot consider the instant Rule 60(b) motion. *Katzir Floor & Home Designs, Inc. v. M-MLS.com*, 394 F.3d 1143, 1148 (9th Cir. 2004); *Gould v. Mutual Life Ins. Co.*, 790 F.2d 769, 772 (9th Cir. 1986). While defendant's motion involves his petition to correct, vacate or modify his sentence pursuant to 28 U.S.C. § 2255, the court similarly lacks jurisdiction to consider a § 2255 motion after a notice of appeal has been filed. *See United States v. Kobey*, 109 F. Supp. 687 (S.D. Cal. 1953). Accordingly, the defendant's Rule 60(b) motion is hereby **DISMISSED** for lack of

jurisdiction.

**IT IS SO ORDERED.**

DATED: This 15th day of December, 2015.

_____
UNITED STATES DISTRICT JUDGE