**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:12-cr-00015-HDM-WGC |
| | ) | 3:17-cv-00558-HDM |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| CAMERON MUHLENBERG, | ) | |
| Defendant. | ) | |

The government shall file a response to the defendant's 28 U.S.C. § 2255 petition (ECF No. 135) on or before November 9, 2017.

**IT IS SO ORDERED.**

DATED: This 25th day of September, 2017.

*[signature: Howard D. McKibben]*
_____
UNITED STATES DISTRICT JUDGE